Thomas A. Evans (SBN 202841)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Plaintiff
Pan-American Assurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAN-AMERICAN ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DIANA A. BROGIOTTI and JUDITH A. ROBERTS, as Co-Executors of the Estate of Charles J. Hansen, SANDRA HANSEN, DONA M. HANSEN and NATHAN HANSEN,<br><br>Defendants. | Case No.: 2:06-CV-02384-WBS-GGH<br><br>**[PROPOSED] STIPULATED JUDGMENT IN INTERPLEADER**<br><br>Honorable William B. Shubb |

Upon reading the Stipulation and Order for Entry of Judgment in Interpleader, and it appearing that this Court has jurisdiction of the parties and of the subject herein, and that good cause appearing thereof,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    That plaintiff Pan-American Assurance Company ("Pan-American") properly filed its Complaint in Interpleader in good faith, that this is a proper cause for interpleader, and Pan-American is hereby granted judgment in interpleader;

2.    That Pan-American issued a life insurance policy, policy number 9200633720 (the "Policy"), on the life of Charles J. Hansen;

3.    That by reason of the death of Charles J. Hansen on or about January 4,

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

2006, the death benefit became payable under the Policy;

4. That defendants Nathan Hansen, Sandra Hansen and Dona M. Hansen have submitted conflicting claims to the death benefit of the Policy;

5. That, having deposited the death benefit of the Policy, plus interest, with the Clerk of the Court on October 31, 2006, Pan-American is released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Charles J. Hansen;

6. That Pan-American shall recover $7,513.30 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $7,513.30, payable to Pan-American Assurance Company, to its attorneys, Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612, attention: Eugenia S. Chern;

7. That the remainder of the death benefit, plus any accrued interest, shall be deposited into the attorney trust account of Leslie F. Jensen, attorney for defendant Dona M. Hansen. The Clerk of the Court shall remit a check payable to Leslie Jensen Attorney Trust Account, c/o Leslie F. Jensen, Esq., Law Office of Leslie F. Jensen, 1301 G Street, Second Floor, Modesto, California 95354; and

8. That each party shall bear his/her/its own costs.

DATED: February 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCSOAK-9860718.1

PDF created with pdfFactory trial version www.pdffactory.com