1  Thomas A. Evans (SBN 202841)
   Eugenia S. Chern (SBN 215092)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:   510.763.2000
   Facsimile:    510.273.8832
7
   Attorneys for Plaintiff
8  Pan-American Assurance Company

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11  PAN-AMERICAN ASSURANCE COMPANY,   | Case No.:  2:06-CV-02384-WBS-GGH

12              Plaintiff,            | **STIPULATION AND [~~PROPOSED~~]
                                        ORDER FOR ENTRY OF JUDGMENT IN
13         vs.                          INTERPLEADER**

14  DIANA A. BROGIOTTI and JUDITH A.
    ROBERTS, as Co-Executors of the Estate of | Honorable William B. Shubb
15  Charles J. Hansen, SANDRA HANSEN,
    DONA M. HANSEN and NATHAN HANSEN,
16
              Defendants.
17

18         IT IS HEREBY STIPULATED by and between plaintiff Pan-American Assurance

19  Company ("Pan-American") and defendants Diana A. Brogiotti and Judith A. Roberts, as

20  Co-Executors of the Estate of Charles J. Hansen, and defendants Sandra Hansen, Dona

21  M. Hansen and Nathan Hansen, generally appearing by and through their attorneys of

22  record, as follows:

23         1.      That plaintiff Pan-American Assurance Company ("Pan-American") issued a

24  life insurance policy, policy number 9200633720 (the "Policy"), on the life of Charles J.

25  Hansen.  The application for insurance designated defendant Dona M. Hansen as the

26  beneficiary under the Policy;

27         2.      That Pan-American was informed and believes that Charles J. Hansen, at

28  some time subsequent to the issuance of the Policy, changed the beneficiary designation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

under the Policy as follows:  twenty-five percent (25%) - defendant Nathan Hansen, twenty-five percent (25%) - defendant Sandra Hansen, and fifty percent (50%) - defendant Dona Hansen;

3.     That by reason of the death of Charles J. Hansen on or about January 4, 2006, the death benefit of the Policy became payable;

4.     That Pan-American received claims for death benefit of the Policy from defendants Nathan Hansen, Sandra Hansen and Dona M. Hansen;

5.     That at all times, Pan-American was ready, willing and able to pay the death benefit of the Policy to the person or persons legally entitled thereto.  However, by reason of actual and potential conflicting claims to the proceeds, Pan-American does not know and was unable to determine the person or persons legally entitled to them;

6.     That Pan-American filed its Complaint in Interpleader on October 27, 2006;

7.     That shortly after the filing of its Complaint in Interpleader, Pan-American deposited the sum of $90,827.28, representing the amount due under the Policy, plus interest;

8.     That, having deposited the death benefit of the Policy, plus interest, with the Clerk of the Court on October 31, 2006, Pan-American is released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Charles J. Hansen;

9.     That this Court may enter the stipulated judgment and order for discharge of liability as to Pan-American in the form attached hereto as Exhibit A;

10.    That Pan-American shall recover $7,513.30 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $7,513.30, payable to Pan-American Assurance Company, to its attorneys, Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612, attention:  Eugenia S. Chern;

11.    That the remainder of the death benefit, plus any accrued interest, shall be deposited into the attorney trust account of Leslie F. Jensen, attorney for defendant Dona

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com

M. Hansen.  The Clerk of the Court shall remit a check payable to Leslie Jensen Attorney

Trust Account, c/o Leslie F. Jensen, Esq., Law Office of Leslie F. Jensen, 1301 G Street,

Second Floor, Modesto, California 95354; and

  12. That each party shall bear his/her/its own costs.

DATED:  February 12, 2007.

REED SMITH LLP

By /s/ Eugenia S. Chern
  Eugenia S. Chern
  Attorneys for Plaintiff
  Pan-American Assurance Company

DATED:  February 4, 2007.

LAW OFFICE OF LESLIE F. JENSEN

By /s/ Leslie F. Jensen
  Leslie F. Jensen
  Attorney for Defendant Dona M. Hansen

DATED:  February 6, 2007.

By /s/ Diana Brogiotti
  Defendant Diana A. Brogiotti, as Co-Executor
  of the Estate of Charles J. Hansen
  *In Propria Persona*

DATED:  February 5, 2007.

By /s/ Judith A. Roberts
  Defendant Judith A. Roberts, as Co-Executor
  of the Estate of Charles J. Hansen
  *In Propria Persona*

DATED:  February 5, 2007.

By /s/ Sandra Hansen
  Defendant Sandra Hansen
  *In Propria Persona*

DATED:  February 7, 2007.

By /s/ Nathan Hansen
  Defendant Nathan Hansen
  *In Propria Persona*

&ndash; 3 &ndash;

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DOCSOAK-9860719.1

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER

PDF created with pdfFactory trial version www.pdffactory.com